HORACE PRICE, Respondent, *v.* THOMAS D. RYAN, Appellant, and GUY B. DICKISON, Respondent.

(Argued October 15, 1930; decided November 18, 1930.)

*Henry R. Follett* and *George R. Fearon* for appellant.
*Charles E. Spencer* for plaintiff-respondent.
*Joseph H. Meatyard* for defendant-respondent.

Judgment affirmed, with costs, on the authority of *Price* v. *Ryan* (255 N. Y. 16); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.